UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT VALENTINE,

           Plaintiff,          19-cv-3274 (JGK)

  - against -            ORDER

HEIDENBERG PROPERTIES, INC., ET AL.,

           Defendants.

---

**JOHN G. KOELTL, District Judge:**

Defense counsel should indicate to the Court, by **November 25, 2019,** who they are representing and whether all appearing defendants are represented.

**SO ORDERED.**

Dated:    New York, New York
          November 13, 2019

                                      John G. Koeltl
                                    **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-14-19