# DAVID HOROWITZ, P.C.
**COUNSELOR AT LAW**
171 MADISON AVENUE, SUITE 1300
NEW YORK, NEW YORK 10016         (T) 212-684-3630
                                 (F) 212-685-8617

**VIA ECF ONLY**
October 1, 2020

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application granted. Parties to submit a Revised Scheduling Order by October 8, 2020.
> SO ORDERED.
>                            /s/ John G. Koeltl
> New York, NY              John G. Koeltl
> October 2, 2020              U.S.D.J.

Re:   Robert Valentine v. Heidenberg Properties, Inc., et ano.
      Docket No.: 1:19CV03274-JGK

Dear Hon. Koeltl:

This Firm represents the plaintiff.

A joint status report was due September 22, 2020.   Trial is scheduled for October 2, 2020.

Due to clerical error, this office failed to timely submit a joint status report.

Given the COVID19 pandemic, the parties have not had an opportunity to complete discovery including depositions.   Plaintiff resides out of state.

In light of the above, plaintiff, with the defendant's consent, respectfully requests that the trial be adjourned so that the parties may complete discovery.

Thank you for considering this application.

Very truly yours,
DAVID HOROWITZ, P.C.
By: *William J. Sanyer*

cc:   Boeggeman, Corde, Ondrovic & Hurley, P.C.
      Attn: Mr. P. Hurley
      phurley@cohlawfirm.com
      Attorneys for Defendants
      **VIA ECF AND EMAIL**