UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT VALENTINE,

                Plaintiff,

- against -

HEIDENBERG PROPERTIES, INC., ET AL.,

                Defendants.

---

19 Civ. 3274 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Counsel for the plaintiff should advise the Court of the status of this case by February 21, 2022.

    SO ORDERED.

Dated:    New York, New York
           February 5, 2022

                                      John G. Koeltl
                              United States District Judge