UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAYMOND VALENTINE, as Administrator of the Estate of ROBERT VALENTINE, deceased,

        Plaintiff,

- against -

HEIDENBERG PROPERTIES, INC., ET AL.,

        Defendants.

19 Civ. 3274 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    Any dispositive motions are due July 20, 2022. The joint pretrial order is due August 19, 2022, or 21 days after the decision of any dispositive motion. Motions in limine, requests to charge, and proposed voir dire are due the same day as the joint pretrial order. Responses and objections are due 7 days thereafter. The parties should be ready for trial, on 48 hours' notice, 21 days after submission of the joint pretrial order.

    SO ORDERED.

Dated:    New York, New York
           June 20, 2022

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                      United States District Judge