```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

RAYMOND VALENTINE, AS ADMINISTRATOR
OF THE ESTATE OF ROBERT VALENTINE,
DECEASED,

                Plaintiff,

    - against -

HEIDENBERG PROPERTIES, INC., ET AL.,

               Defendants.

19-cv-3274 (JGK)

ORDER

───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The Court's January 11, 2023 order, referring approval of the parties' settlement agreement to Magistrate Judge Gorenstein, ECF No. 71, is withdrawn. In view of the Court's approval of the parties' settlement agreement, the Clerk of the Court is respectfully directed to close ECF No. 70 and to close this case.

SO ORDERED.

Dated:    New York, New York
           January 12, 2023

                                      /s/ John G. Koeltl
                                          John G. Koeltl
                                  United States District Judge